UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 3, 2025      **Time:** 2:33 – 3:11      **Judge:** MAXINE M. CHESNEY

**Case No.:** 25-cr-00226-MMC-1      **Case Name:** UNITED STATES v. Jefferson Arrechaga (in custody)*

**Attorney for Plaintiff:** Jeffrey Bornstein
**Attorney for Defendant:** Miranda Kane

**Deputy Clerk:** Tracy Geiger      **Court Reporter:** Ruth Levine Ekhaus
***Spanish Interpreter:** Daniel Navarro      **Probation Officer:** N/A

## PROCEEDINGS

**Change of Plea – hearing held.**

**Defendant plead guilty to Count One of a One-Count Information.**

**Plea agreement filed with the court.**

**Court accepted plea and referred case to US Probation for preparation of a presentence report.**

**CASE CONTINUED TO: March 4, 2026, at 2:15 p.m. for Sentencing Hearing**